UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON W ENGEL,

Plaintiff,

v.

CITY OF DEARBORN HEIGHTS,

Defendant.

Case No. 26-cv-11505

Honorable Robert J. White

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND DENYING REMAINING MOTIONS AS MOOT**

On July 23, 2026, the Court entered an order granting *pro se* Plaintiff Jason W Engel's application to proceed *in forma pauperis* and dismissing his complaint without prejudice for failure to state a claim. (ECF No. 17). Engel subsequently filed several motions for leave to submit additional exhibits and a motion for leave to file a first amended complaint. (ECF Nos. 18–28).

In his motion for leave to amend, Engel explains that he understood the dismissal without prejudice as permitting him to correct the deficiencies identified in the Court's order. (ECF No. 25, PageID.432). He invokes Federal Rule of Civil Procedure 15(a)(2) and asserts that his proposed amended complaint expands his factual allegations, reorganizes his claims, and changes the defendants named in the action. (*Id.* at PageID.432–433).

Although Rule 15(a)(2) directs courts to freely give leave to amend when justice so requires, a plaintiff seeking amendment after an adverse judgment "must meet the requirements for reopening a case established by Rules 59 or 60." *Leisure Caviar, LLC v. U.S. Fish & Wildlife Serv.*, 616 F.3d 612, 616 (6th Cir. 2010). The dismissal without prejudice did not grant Plaintiff leave to amend in this closed action. Even liberally construing his motion as requesting relief from the dismissal order, Plaintiff identifies no basis for relief under Rule 59 or 60. His desire to supplement and reorganize his allegations does not, by itself, establish grounds for reopening the case.

Because this action remains closed and the Court denies leave to amend, there is no pending complaint for the additional exhibits to supplement. Plaintiff's remaining motions for leave to submit exhibits (ECF Nos. 18–24, 26–28) are therefore moot. Accordingly,

IT IS ORDERED that Plaintiff's motion for leave to file a first amended complaint (ECF No. 25) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's remaining motions for leave to submit exhibits (ECF Nos. 18–24, 26–28) are DENIED AS MOOT.

Dated: October 21, 2026

s/Robert J. White
Robert J. White
United States District Judge